IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWIMC, INC.<br>a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>HY-TECH THERMAL SOLUTIONS, LLC,<br>a corporation,<br><br>and<br><br>HY-TECH DISTRIBUTORS, INC.,<br>a corporation.<br><br>        Defendants. | Case No. |

**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND UNFAIR COMPETITION**

**PARTIES AND JURISDICTION**

1. Plaintiff, SWIMC, Inc., is a Delaware corporation with its principal place of business in Wilmington, Delaware.

2. Defendant, Hy-Tech Thermal Solutions, LLC ("Hy-Tech Thermal Solutions"), on information and belief, is a Florida corporation with its principal place of business in Melbourne, Florida.

3. Defendant, Hy-Tech Distributors, Inc. ("Hy-Tech Distributors"), on information and belief, is a Florida corporation with its principal place of business in Melbourne, Florida.

4. This court has jurisdiction because: (a) this is an action brought under the Trademark Laws of the United States (15 U.S.C. §§ 1051, *et seq.*), jurisdiction being conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a); (b) this action includes claims of

unfair competition joined with a substantial and related claim arising under the Trademark Laws of the United States, jurisdiction being conferred in accordance with 28 U.S.C. § 1338(b); (c) this is a civil action between citizens of different states in which the value of the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, jurisdiction being conferred in accordance with 28 U.S.C. § 1332; and (d) this action includes claims that are so related to claims within such original jurisdiction that they form part of the same case or controversy, supplemental jurisdiction being conferred in accordance with 28 U.S.C. § 1367.

5. Venue is proper in this Court under 28 U.S.C. § 1391(b).

## FACTS

6. For many years, and long prior to the acts of defendants complained of herein, SWIMC, Inc., through its licensees and its predecessors-in-interest (collectively "SWIMC") have been engaged in the manufacture, distribution, advertising and sale of its elastomeric rubber roofing compound in commerce throughout the United States under the ELASTO-SEAL trademark (the "ELASTO-SEAL trademark").

7. SWIMC, Inc. owns the federal registration for the ELASTO-SEAL trademark (Reg. No. 1,648,158), which was registered on June 18, 1991.

8. SWIMC Inc.'s registration for the ELASTO-SEAL trademark is valid and subsisting, is incontestable in accordance with 15 U.S.C. §§ 1064 and 1115(b), and is conclusive evidence of the exclusive right to use the ELASTO-SEAL trademark in connection with the registered goods. 15 U.S.C. § 1115(b).

9. SWIMC has sold many millions of dollars worth of its elastomeric rubber roofing compound product under the ELASTO-SEAL trademark in the United States and has spent substantial sums in advertising its product under the ELASTO-SEAL trademark.

10. As a result of such extensive sales and advertising, the ELASTO-SEAL trademark represents extraordinarily valuable goodwill in the United States.

**Defendants' Businesses and Infringing Activities**

11. Upon information and belief, Hy-Tech Thermal Solutions is engaged in the manufacture and sale of insulating coating products for use on roofs.

12. Upon information and belief, Hy-Tech Thermal Solutions manufactures and sells an elastomeric roof coating under the name "Elasto-Seal" and/or "Elastoseal."

13. Upon information and belief, Hy-Tech Distributors is an authorized dealer of "Elasto-Seal" and/or "Elastoseal" roof coating.

14. Upon information and belief, in or around 2003, Hy-Tech Thermal Solutions and Hy-Tech Distributors (collectively, "Hy-Tech") began to sell and advertise an elastomeric roof coating under the name "Elasto-Seal" and/or "Elastoseal."

15. Hy-Tech prominently features "Elasto-Seal" and/or "Elastoseal" in its product packaging, advertising and promotional materials, including on their Internet web sites located at <www.hytechsales.com> and <www.hytechdistributors.com>. Representative specimens of Hy-Tech's use of the "Elasto-Seal" and/or "Elastoseal" are attached hereto as Exhibit A.

16. On information and belief, Hy-Tech began use of the "Elasto-Seal" and/or "Elastoseal" name with full knowledge of SWIMC's extensive use of its ELASTO-SEAL mark.

17. Hy-Tech's aforesaid activities are without the consent of SWIMC, Inc.

18. On May 22, 2007, SWIMC, Inc. sent Hy-Tech Thermal Solutions a letter demanding that it cease use of the ELASTO-SEAL mark in conjunction with Hy-Tech Thermal Solutions' product. Hy-Tech Thermal Solutions did not respond to SWIMC, Inc.'s May 22, 2007 letter.

19. On July 31, 2007, SWIMC, Inc. sent a second, follow-up letter to Hy-Tech Thermal Solutions reiterating its demand that Hy-Tech Thermal Solutions cease use of the ELASTO-SEAL mark in conjunction with Hy-Tech Thermal Solutions' product. Hy-Tech Thermal Solutions did not respond to SWIMC, Inc.'s July 31, 2007 letter.

20. On October 25, 2007, SWIMC, Inc. sent a third, follow-up letter reiterating its demand that Hy-Tech Thermal Solutions cease use of the ELASTO-SEAL mark in conjunction with Hy-Tech Thermal Solutions' product.

21. In a letter dated October 29, 2007, Tony Abruzzese, Director of Operations for Hy-Tech Thermal Solutions, responded to SWIMC, Inc.'s letter of October 25, 2007 and indicated that Hy-Tech Thermal Solutions would not cease use of ELASTO-SEAL.

22. As of the filing date of this Complaint, Hy-Tech continues to use, advertise, and sell "Elasto-Seal" or "Elastoseal" roof coating.

## COUNT I

### (INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARK)

23. SWIMC, Inc. re-alleges paragraphs 1 through 22, as if fully set forth herein.

24. Hy-Tech's acts are likely to cause confusion, mistake or deception as to the source or origin of Hy-Tech's products in that purchasers and others are likely to believe that Hy-Tech or their products are sponsored by, or connected or affiliated with SWIMC, Inc. or its ELASTO-SEAL mark and product.

25. Hy-Tech's acts constitute trademark infringement in violation of 15 U.S.C. §1114.

26. Hy-Tech's acts greatly and irreparably damage SWIMC, Inc., and will continue to damage SWIMC, Inc. unless restrained by this Court; therefore, SWIMC, Inc. is without an adequate remedy at law.

## COUNT II

### (FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION)

27. SWIMC, Inc. re-alleges paragraphs 1 through 22 and 24 as if fully set forth herein.

28. Hy-Tech's acts constitute a false representation and a false designation of origin, which likely have caused and are likely to cause confusion, mistake or deception, in violation of Section 43(a) of the United States Trademark Act, 15 U.S.C. § 1125(a).

29. Hy-Tech's actions greatly and irreparably damage SWIMC, Inc., and will continue to damage SWIMC, Inc. unless restrained by this Court; therefore, SWIMC, Inc. is without an adequate remedy at law.

## COUNT III

### (TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER DELAWARE STATUTORY AND COMMON LAW)

30. SWIMC, Inc. re-alleges paragraphs 1 through 22 and 24, as if fully set forth herein.

31. Hy-Tech's acts constitute an unfair and deceptive business practice in violation of the Uniform Deceptive Trade Practices Act, 6 Del. C. § 2531 *et. seq*, and trademark infringement and unfair competition in violation of the common law of various states, including the Delaware Trademark Act, 6 Del. Laws C. § 3301 *et. seq*,

32. Hy-Tech's acts greatly and irreparably damage SWIMC, Inc., and will continue to damage SWIMC, Inc. unless restrained by this Court; therefore, SWIMC, Inc. is without an adequate remedy at law.

WHEREFORE, SWIMC, Inc. prays that:

1. Hy-Tech, its officers, agents, servants, employees and attorneys, representatives, successors and assigns, and any and all persons acting by, through or under authority of Hy-Tech, be permanently enjoined and restrained from:

   a. using the ELASTO-SEAL mark, or any colorable imitation of the ELASTO-SEAL mark, or any name or mark that is confusingly similar to ELASTO-SEAL;

   b. doing any act or engaging in any conduct that is likely to diminish the value and goodwill owned by SWIMC, Inc. in its ELASTO-SEAL mark; and

   c. doing any other act or thing likely to induce the belief that Hy-Tech's business or products are in any way connected with SWIMC, Inc.'s business or products, or are sponsored approved by SWIMC, Inc.

2. Hy-Tech be required:

   a. to account for and pay over to SWIMC, Inc. all gains, profits, enrichments, and advantages wrongfully derived by Hy-Tech through its trademark infringement, false designation of origin and unfair competition, including prejudgment interest, in accordance with 15 U.S.C. § 1117(a) and the laws of the State of Delaware;

   b. to pay over to SWIMC, Inc. the actual damages suffered by SWIMC, Inc. through Hy-Tech's trademark infringement, false designation of origin and unfair

competition, including prejudgment interest, in accordance with 15 U.S.C. § 1117(a) and the laws of the State of Delaware;

c.      to pay to SWIMC, Inc. three times the damages suffered by SWIMC, Inc. by reason of intentional and unlawful acts of Hy-Tech, in accordance with 15 U.S.C. § 1117(a);

d.      to pay to SWIMC, Inc. punitive and exemplary damages for Hy-Tech's deliberate and willful trademark infringement, false designation of origin and unfair competition;

e.      to pay to SWIMC, Inc. the costs of this action, including reasonable attorneys' fees, as provided in 15 U.S.C. § 1117;

f.      to abandon all trademark applications and registrations for marks containing or consisting of ELASTO-SEAL and any marks confusingly similar to the ELASTO-SEAL mark; and

g.      file with this Court and serve on counsel for SWIMC, Inc. within thirty (30) days after entry of an injunction issued by this Court, a sworn written statement as provided in 15 U.S.C. § 1116.

3.      Awarding SWIMC, Inc. such further relief as this Court deems just and equitable.

Dated: February 8, 2008

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

By: _____
Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
(302) 252-4361

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

    Raymond I. Geraldson, Jr.
    Thad Chaloemtiarana
    Alexis E. Payne
    311 South Wacker Drive
    Suite 5000
    Chicago, Illinois 60606
    (312) 554-8000

    Counsel for SWIMC, INC.

**EXHIBIT "A"**



*Space Age Ceramic*
**INSULATING ROOF PAINT**
*Cool Roof Coatings*

Selected By
**NASA Spinoff Technology Product 2003**

[ Home | Products | Technical | Testimonials | BUY | Site map | FAQ's | Contact | About Us ]

# Insulating Roof Paint - Cool Coatings
## Elastomeric Roof Paints

**Insul Cool-Coat #2000** For any sloped roof with good water runoff.
**Roof Guard #2050** Designed for flat roofs that are prone to ponding water.
**Permacoat Plus #2100** Any roof, sloped or flat requiring a Class "A" Fire Rating!
**Bus Kote #2150** Bus & Recreational Vehicle Coating
**Elastoseal #60** Clear elastomeric roof coating for shingles and shakes

**Hy-Tech Cool Roof Coatings** are high-performance, water-based coatings which are designed to insulate, seal, restore and protect roof surfaces. These thick rubber like ceramic reinforced paints adhere well over metal roofs, wood, shingle roofs, built-up roofs with dried-out asphalt or aluminum coatings, foam insulation, polyester plastic panels, concrete, and cement tiles and many single ply roofing materials.
**Features:**
Installation ease, with Hy-Tech Roof Coatings you don't have to tear off and dispose of your old roof. This can be a major advantage because tear-offs and landfill disposal can dramatically increase installation costs, sometimes as much as 50% of the total roofing job. Tear-offs are costly and can also result in interior water damage during installation.
Weight savings. Hy-Tech Roof Coatings are well-suited for application over an existing roof and they are up to 10 times lighter than traditional materials, so there's minimal weight or stress on your building.
Save the environment. No fumes from tar, solvent-based glues, or hazardous materials to take to the landfill.
Durability Hy-Tech Insulating Roof Paints offer superior mildew resistance, soundproofing, UV reflectivity, and are resistant to ozone, acid rain and other air-borne contaminants.
Energy savings are a big plus with Hy-Tech Roof Coatings. The insulation and reflective properties provide a built-in thermal barrier against winter cold and summer heat, which can reduce heating and air conditioning costs.
**In tests conducted by the Lawrence Berkeley National Laboratory, white reflective roof coatings saved up to 50% in energy costs. Savings will vary depending upon roof assembly, insulation thickness, roof area and climate.**
Uses
* Mobile Home Roofs * Metal Buildings * Shipping Containers
* Truck and Cargo Transportation Vehicles * Hangers and Industrial buildings
*Buses-RV's-Mobile Homes *Barns and Animal Shelters
* Grain Bins * Modular Homes * Metal Storage Tanks

Energy savings can add up quickly paying you back for choosing Hy-Tech energy-saving, seamless, insulating ceramic, roof coatings. Of course you can always replace your roof with the same asphalt roofing systems that we have

**Sidebar:**
Product Information
- Insulating Additive For Paint

**PAINT LIST**
- Primers
- Clear Coatings
- House Paints
- Roof Coatings
  Insul Cool-Coat
  Roof Guard
  Permacoat Plus
  Bus Kote
  Elastoseal
- Specialty Coatings
- Fire Retardants
- Sundries | Supplies

- Technical Info
- Testimonials
- FAQ'S
- How To Paint

- How to Order
- Shipping
- International Sales
- Storefront

- Privacy
- Safe Shopping
- Contact
- Questions?
- Site Map
- HOME

Become a reseller

Search This Site
[ Go... ]

Insulate the roof with Ceramic Insulating Roof paint    http://www.hytechsales.com/roofcoatings.html

 Translate

always used, high heat absorbing, quick to dry out and crack, requires imported oil and not at all friendly to the environment, roof tear off's are putting a real strain on our nations landfills.

### Which Hy-Tech Insulating Roof Coating is for your application?

**Insul Cool-Coat #2000** For any sloped roof with good water runoff.
**Roof Guard #2050** Designed for flat roofs that are prone to ponding water.
**Permacoat Plus #2100** Any roof, sloped or flat requiring a Class "A" Fire Rating!
**Bus Kote #2150** Bus & Recreational Vehicle Coating
**Elastoseal #60** Clear elastomeric roof coating for shingles and shakes
**Examples..Before and After**

| House Paints | Roof Coatings | Clear Coatings |
|---|---|---|

| Primers-Sealers | Fire Retardants | Specialty Coatings | Supplies-Sundries |
|---|---|---|---|

### HY-TECH
THERMAL SOLUTIONS

We Provide the "Solutions"
You Just Need to Apply Them!

HOME | How to Order | Shipping | International Buyers | Contact | Questions? | Storefront
Tech Info | Insulating Additive | Pre-Mixed Paint | Fire Retardants | Sundries/Supplies | Top

Mail Address: Hy-Tech - P.O. Box 216, Melbourne, FL 32902
Fax: (321) 984-1022
© Copyright 2003-2007 and Disclaimer - All Rights Reserved.

 Clear Waterproof Elastomeric Sealer

 NASA 

Order | Painting Tips | Shipping | International | Questions? | Site Map | HOME

# Elasto-Seal #60

## Elastomeric Clear Sealer, Finish

**Please take note that Elasto-Seal is an elastomeric sealer perfect for many applications, but without insulating properties. It can be made to insulate by the addition of ThermaCels, but it will then have an opaque or "milky" look.**

**Elastoseal** is a Clear Acrylic Elastomeric Sealant designed to seal and protect a wide range of surfaces including wood homes, stone, brick, masonry and concrete, roofing materials and reflective roof coatings. All white roof coatings start losing their reflectivity properties due to accumulated dirt and other contaminates. Until now clear protective coatings for elastomeric base coatings were not available due to their lack of flexibility which is necessary as roof coatings are designed to expand and contract with a roofs movement.
Elastoseal is based on the same resins used in our insulating roof coatings and features the same elongation, expansion and contraction properties of those coatings.
Elastoseal also features outstanding adhesion to the applied surface, elongation and recovery capabilities, a combination of UV absorbers and mildewcides enabling it to resist the effects of the most severe climatic conditions.
Now all roof coatings can be protected from surface contamination enabling them to perform as intended by reflecting radiant heat away from the buildings interior.
This self cleaning clear coat works much the same way as the clear coatings designed and used on automobile finishes.

**Elastoseal** is truly an all-purpose clear sealant and protectant, suitable for virtually any application.
Color: Milky White, dries clear.
Volume Solids: 41% ± 2%
Flash Point: Same as water.
Coverage: 150-200 sq.ft. per gallon depending on the porosity of the surface.
Recommended Coverage: The number of coats depends on surface porosity; however, one coat is all that is normally needed on a well sealed surface.
Min. Surface Application Temp.: 7.2ºC / 45ºF. Do not allow to freeze.
Drying Time: Will depend on climate conditions. Allow at least 2 hours drying time between coats. First coat must be thoroughly dry before applying second coat.
Limitations Not suitable for below grade use.
Surface Preparation Surface must be clean and free from dirt, dust, grease, oil, mildew, wax, loose paint.
Roof Shingles should be sealed with #1220 Bond-it, our roof grade bonding/sealer for roofs to lock in loose granular minerals.
Application: Best applied by airless spraying or roller.
Can be applied with a short nap roller cover.

Clean Up Cleanup immediately after use with soap and water.

CAUTION:
Do not apply within two hours of sunset, rain, fog or freezing temperatures. All coatings must be completely dry before exposing to water or foot traffic. Keep all containers covered when not in use. Keep away from children.
Available in 1 Gal and 5 Gal containers
$39.95 Per Gal...5 Gallon $199.75

 Or 

| House Paint | Roof Coatings | Clear Coatings |
| Primers-Sealers | Fire Retardants | Specialty Coatings | Supplies-Sundries |

Order | Painting Tips | Shipping | International | Questions? | Site Map | HOME

Mailing Address: Hy-Tech - P.O. Box 216, Melbourne, FL 32902
USA Order Toll Free: 1-866-649-8324 * Outside USA Order: 321-984-9777
Tech Support: 321-984-9777 * Fax: 321-984-1022
© and terms of use- All Rights Reserved

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
SWIMC, Inc., a Delaware Corporation

### DEFENDANTS
Hy-Tech Thermal Solutions, LLC and Hy-Tech Distributors, Inc.

(b) County of Residence of First Listed Plaintiff: **New Castle, DE**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Kevin J. Mangan, Esq., Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave., Ste. 1501, Wilmington, DE 19801

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Sections 1051, et seq.

Brief description of cause: Complaint for trademark infringement, false designation of origin and unfair competition

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE n/a    DOCKET NUMBER _____

DATE: February 8, 2008

SIGNATURE OF ATTORNEY OF RECORD: /s/ Kevin J. Mangan

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____