AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

SWIMC, Inc.,
a Delaware Corporation

V.

Hy-Tech Thermal Solutions, LLC,
a limited liability company

and

Hy-Tech Distributors, Inc.,
a corporation

ALIAS **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-84

TO: (Name and address of Defendant)

Hy-Tech Thermal Solutions, LLC
c/o Edward Kinberg
1290 W. Eau Gallie Blvd.
Melbourne, FL 32935

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Mangan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
T: 302-252-4361
kmangan@wcsr.com

Raymond I. Geraldson, Jr., Esq.
Thad Chaloemtiarana, Esq.
Pattishall McAuliffe Newbury Hilliard & Geraldson LLP
311 South Wacker Drive, Ste. 5000
Chicago, IL 60606
T: 312-554-8000

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

FEB 11 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/21/08 |
| NAME OF SERVER *(PRINT)* Carrano | TITLE P/s |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Mary Kinberg

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/21/08
            Date                Signature of Server

Joseph Carrano & Assoc.
Investigation Agency
927 E. New Haven Ave. Rm 202
Address of Server   Melbourne, FL 32901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.