AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

| | |
|---|---|
| SWIMC, Inc.,<br>a Delaware Corporation | **SUMMONS IN A CIVIL CASE** |

V.

Hy-Tech Thermal Solutions, LLC,
a limited liability company

and

Hy-Tech Distributors, Inc.,
a corporation

CASE NUMBER:  – 0 8 – 8 4

TO: (Name and address of Defendant)

Hy-Tech Thermal Solutions, LLC
c/o Jessica and Anthony Abruzzese
159 Park Hill Blvd.
Melbourne, FL 32904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Kevin J. Mangan, Esq.<br>Womble Carlyle Sandridge & Rice PLLC<br>222 Delaware Avenue, Ste. 1501<br>Wilmington, DE 19801<br>T: 302-252-4361<br>kmangan@wcsr.com | Raymond I. Geraldson, Jr., Esq.<br>Thad Chaloemtiarana, Esq.<br>Pattishall McAuliffe Newbury Hilliard & Geraldson LLP<br>311 South Wacker Drive, Ste. 5000<br>Chicago, IL 60606<br>T: 312-554-8000 |

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_____
(By) DEPUTY CLERK

FEB 1 1 2008

_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 2/22/08 |
| NAME OF SERVER *(PRINT)*   *Carrano* | TITLE | P/S |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *159 Park Hill Blvd*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/22/08___            _____
              Date                         *Signature of Server*

Joseph Carrano & Assoc
Investigation Agency
927 E. New Haven Ave. Rm 20.
*Address of Server*   Melbourne, FL 32901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.