AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ____Delaware____

SWIMC, Inc.,
a Delaware Corporation

V.

Hy-Tech Thermal Solutions, LLC,
a limited liability company

and

Hy-Tech Distributors, Inc.,
a corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  08 - 84

TO: (Name and address of Defendant)

Hy-Tech Distributors, Inc.
c/o Anthony A. Abruzzese
431 Seashore Avenue
Indialantic, FL 32903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Mangan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
T: 302-252-4361
kmangan@wcsr.com

Raymond I. Geraldson, Jr., Esq.
Thad Chaloemtiarana, Esq.
Pattishall McAuliffe Newbury Hilliard & Geraldson LLP
311 South Wacker Drive, Ste. 5000
Chicago, IL 60606
T: 312-554-8000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

FEB 1 1 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/22/08 |
| NAME OF SERVER (PRINT) CARRANO | TITLE P/S |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 159 Park Hill Blvd

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/22/08
                   Date              Signature of Server

Address of Server:
Joseph Carrano & Assoc.
Investigation Agency
927 E. New Haven Ave. Rm 202
Melbourne, FL 32901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.