IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWIMC, INC., a Delaware corporation, | : |
| Plaintiff, | : |
| v. | : Case No. 1:08-cv-0084-SLR |
| HY-TECH THERMAL SOLUTIONS, LLC, a limited liability corporation, | : |
| And | : |
| HY-TECH DISTRIBUTORS, INC., a corporation, | : |
| Defendants. | : |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD WITH RESPECT TO PLAINTIFF'S COMPLAINT**

Plaintiff, SWIMC, Inc., and Defendants, Hy-Tech Thermal Solutions, LLC and Hy-Tech Distributors, Inc., through undersigned counsel, hereby stipulate to extend Defendants' time to answer or otherwise plead with respect to plaintiff's complaint in the above-captioned civil action to May 27, 2008. Additional time is needed for the parties to discuss potential settlement of the plaintiff's claims as well as to enter appearance of defendants' co-counsel.

| WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC | McCARTER & ENGLISH, LLP |
|---|---|
| /s/ Kevin J. Mangan | /s/ William F. Taylor, Jr. |
| Kevin J. Mangan (DE ID No. 3810) | William F. Taylor, Jr. (DE ID No. 2936) |
| 222 Delaware Avenue, Suite 1501 | Renaissance Centre, 8th Floor |
| Wilmington, DE 19801 | 405 N. King Street |
| Phone: (302) 252-4361/Fax: (302) 661-7729 | Wilmington, DE 19801 |
| kmangan@wcsr.com | Phone: (302) 984-6300/Fax: (302)984-6399 |
| | wtaylor@mccarter.com |

SO ORDERED, this _____ day of _____, 2008.

_____
United States District Judge

ME1 7238481v.2