

159 Parkhill Blvd., W. Melbourne, Fl 32904 USA
Ph: 321-984-9777   FAX: 321-984-1022
www.hytechsales.com

May 16, 2008

To: The Honorable Sue L. Robinson
Judge, United States District Court

Re: Case 1:08-cv-00084

Dear Judge Robinson,

I am writing to you today at the direction of the clerk's office.

I am a party in the aforementioned case and would respectfully ask your consideration in granting an extension of time to reply.

Prior to this date I was represented by counsel and they had previously filed for an extension for their own purposes. My attorneys were Charles Baxley from New York and William Taylor located in Delaware.

For reasons unknown to me, my attorney has terminated representation. I was notified of this by fax on Tuesday May 13, as the original fax was sent after hours on Monday May 12. Mr. Baxley also faxed this letter to Mr. Taylor who was my Delaware representation. Based on this letter Mr. Taylor subsequently withdrew from the case as well. I was notified of this on Tuesday May 13.

I sent a response to Mr. Baxley on Tuesday May 13 and Wednesday May 14. I did not receive any answer until Thursday May 15. The response I received included a notice that I have an "answer due" on May 27.
I have contacted several attorneys today and am unable to find one willing to consider the case based on the lack of time before the deadline.

If you would kindly consider my request for an extension, I can assure you that I will devote myself to acquiring competent representation.

Sincerely,

Tony Abruzzese
Hy-Tech Thermal Solutions, LLC

