OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 21, 2008

TO:    **Hy-Tech Thermal Solutions**
       **C/O Tony Abruzzese**
       **159 Parkhill Blvd.**
       **W. Melbourne, FL 32904**
       **321-984-9777**


         **RE:**    **Swimc Inc. V. Hytech Thermal Solutions LLC and Hy-Tech Distributors Inc.**
                   Civ. No. 08-0084-SLR


Dear Mr. Abruzzese:

        The court is in receipt of your letter dated May 16, 2008. Attached hereto is a copy of the
docket for the above referenced case. There is no indication of record that your attorneys are not
still representing you. Therefore, the Court will docket, but will not act on, your request for an
extension of time to respond to the complaint. Please be advised, however, that because
defendants are corporations, you may not represent them unless you are a lawyer. See Rowland v.
California Men's Colony, 506 U.S. 194,201-02 (1993); James v. Daley and Lewis, 406 F. Supp.
645, 648 (D. Del 1976).


                              Cordially,


                              Larisha Davis
                              Docket Clerk to the Honorable Sue L. Robinson

cc: Kevin J. Mangan, Esq.
     William C. Taylor, Jr., Esq.