IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWIM, INC.<br>a Delaware Corporation<br><br>       Plaintiff<br><br>v.<br><br>HY-TECH THERMAL SOLUTIONS, LLC,<br>a corporation,<br><br>and<br><br>HY-TECH DISTRIBUTORS, INC.,<br>a corporation.<br><br>       Defendants. | )<br>)<br>)<br>)<br>) Case No. 08-084 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Sean T. O'Kelly of Cross & Simon, LLC, hereby enters his appearance as counsel on behalf of Defendants Hy-Tech Thermal Solutions, LLC and Hy-Tech Distributors, Inc. in the above-entitled action.

                                              CROSS & SIMON, LLC

                                              /s/ Sean T. O'Kelly
                                              Sean T. O'Kelly (No. 4349)
                                              913 N. Market Street, 11th Floor
                                              P.O. Box 1380
                                              Wilmington, Delaware 19899-1380
                                              (302) 777-4200
                                              (302) 777-4224 (facsimile)
                                              sokelly@crosslaw.com

Dated: July 2, 2008                                    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, Sean T. O'Kelly, hereby certify that on July 2, 2008, a true and correct copy of the *Entry of Appearance* was served upon counsel in the manner indicated:

**VIA ELECTRONIC NOTICE**
**& FACSIMILE**

Kevin J. Mangan, Esquire
Womble, Carlyle, Sandridge
& Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

Sean T. O'Kelly (No. 4349)